UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF INDIANA
INDIANAPOLIS DIVISION

| | |
|---|---|
| DENNIS TOOLEY, an individual, | ) ) ) |
| Plaintiff, | ) CASE NO.: 1:16-cv-03452-JMS-TAB ) |
| vs. | ) ) |
| HPG COUNTY LINE CORNER SHOPS LLC, an Indiana Limited Liability Company, | ) ) ) |
| and | ) ) |
| THAI SPICE LLC, an Indiana Limited Liability Company, | ) ) ) |
| Defendants. | ) ) |

Dismissal with prejudice acknowledged.  JMS, CJ, 3-6-17
Distribution via ECF.

**STIPULATION OF DISMISSAL WITH PREJUDICE**

Plaintiff and Defendants, pursuant to Rule 41(a)(1)(A)(ii) of the Federal Rules of Civil Procedure, hereby stipulate to dismiss this action with prejudice and, except as otherwise agreed, each party shall bear its respective fees and costs.

Dated: March 3, 2017

Respectfully Submitted,                                Respectfully Submitted,

*/s/ Louis I . Mussman*                                 */s/ Patrick M. O'Brien*
Louis I. Mussman, Esq.                              Patrick M. O'Brien, Esq.
Bar No. 597155                                           Indiana Bar No. 10887-49
Ku & Mussman, P.A.                                  107 N. St. Rd. 135, Suite 301
18501 Pines Blvd.                                        Greenwood, IN 46142
Suite 209-A                                                   Phone: (317) 882-2255
Pembroke Pines, FL 33029                         Email: obobrien@aol.com
Phone: (305) 891-1322
Fax: (305) 891-4512                                     *Attorney for Defendants*

1